UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **HALIMA OUEDRAOGO,** | ) |
| Petitioner, | ) |
| v. | ) Case No.: 7:24-cv-0660-LCB-JHE |
| **WARDEN NEELY, et al.,** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On December 5, 2024, the magistrate judge entered a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed as moot. (Doc. 12). No objections have been filed. The Court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the Court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED**. A separate final judgment will be entered.

**DONE** and **ORDERED** this January 13, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE